**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOSE F. HERNANDEZ** **PETITIONER**

**v.** **CASE NO. 2:25-CV-00229-BSM**

**C. HUMPHREY** **RESPONDENT**
Warden, FCI Forrest City-Low

**ORDER**

United States Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 9] is adopted. Jose Hernandez's petition for writ of habeas corpus is dismissed without prejudice and his case is closed.

IT IS SO ORDERED this 6th day of November, 2026.

UNITED STATES DISTRICT JUDGE