**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOSE F. HERNANDEZ** **PETITIONER**

**v.** **CASE NO. 2:25-CV-00229-BSM**

**C. HUMPHREY** **RESPONDENT**
Warden, FCI Forrest City-Low

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of November, 2026.

UNITED STATES DISTRICT JUDGE